An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KAZUO OKADA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
and
WYNN RESORTS LIMITED, A
NEVADA CORPORATION; ELAINE
WYNN; AND STEPHEN WYNN,
Real Parties in Interest.

No. 68310

FILED

SEP 0 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF PROHIBITION OR MANDAMUS AND VACATING STAY*

This is an original petition for a writ of prohibition or mandamus challenging a district court order denying a motion for a protective order.[1] Having considered the parties' arguments in this matter, we conclude that the district court did not exceed its jurisdiction or arbitrarily or capriciously exercise its discretion in denying petitioner's motion for a protective order. NRS 34.160; NRS 34.320; *Club Vista Fin. Servs., L.L.C., v. Eighth Judicial Dist. Court*, 128 Nev., Adv. Op. 21, 276

---

[1]The Honorable James E. Wilson, Jr., District Judge in the First Judicial District Court, and the Honorable Steve L. Dobrescu, District Judge in the Seventh Judicial District Court, were designated by the Governor to sit in place of the Honorable Ron Parraguirre, Justice, and the Honorable Kristina Pickering, Justice, who voluntarily recused themselves from participation in the decision of this matter. Nev. Const. art. 6, § 4.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27290

P.3d 246, 249 (2012); *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Consequently, we conclude that our extraordinary intervention is unwarranted, and we deny petitioner's request for writ relief.

As this matter warranted our expedited consideration and decision, this order is being entered for the purposes of providing the parties immediate resolution. Accordingly, we vacate the stay imposed by our July 1, 2015, order. But because this writ petition raises important legal issues in need of clarification, an opinion in this matter will be forthcoming.

It is so ORDERED.[2]

_____, C.J.
Hardesty

_____, J.      _____, J.
Douglas                              Cherry

_____, J.      _____, J.
Saitta                               Gibbons

_____, D.J.    _____, D.J.
Wilson                               Dobrescu

---

[2]The clerk of this court is directed to stay issuance of the notice in lieu of remittitur pending our disposition of this matter by published opinion. NRAP 41(a).

cc: Hon. Elizabeth Goff Gonzalez, District Judge
BuckleySandler LLP
Holland & Hart LLP/Las Vegas
Wachtell, Lipton, Rosen & Katz
Pisanelli Bice, PLLC
Campbell & Williams
Glaser Weil Fink Jacobs Howard Avchen & Shapiro, LLC/
Los Angeles
Jolley Urga Wirth Woodbury & Little
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A